# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sandra Yared, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 4-15-cv-126 |
| Brian Clouse, Black Hills Trucking, Inc., | ) |
| Defendants. | ) |

Before the Court is the parties' "Stipulation for Dismissal" filed on September 8, 2017. (Doc. No. 27). The Court **ADOPTS** the stipulation (Doc. No. 27) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court